IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02481-REB-KLM

PROFESSIONAL SOLUTIONS INSURANCE COMPANY,

    Plaintiff,

v.

HARRY MOHRLANG,
LENORA MOHRLANG,
BRUCE A MOHRLANG,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Joint Motion of Plaintiff Professional Solutions Company and Defendant Bruce A. Mohrlong to Enlarge Certain Discovery Deadlines [Docket No. 18; Filed May 21, 2008] ("Joint Motion").

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**. The Scheduling Order entered on January 29, 2008 [Docket No. 10] is amended as follows:

- The deadline to submit written discovery is extended to **June 6, 2008**. Plaintiff's objections to Defendant Bruce A. Mohrlong's written discovery shall be served by **July 7, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiff's deadline to serve objections or responses to pending discovery requests propounded by Defendant Bruce A. Mohrlong is extended to **June 4, 2008**.

Dated:    May 22, 2008