IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02481-REB-KLM

PROFESSIONAL SOLUTIONS INSURANCE COMPANY,

    Plaintiff,

v.

HARRY MOHRLANG,
LENORA MOHRLANG,
BRUCE A MOHRLANG,

    Defendants.
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **PSIC's Motion for Protective Order RE [sic] Bruce A. Mohrlang's Second Set of Interrogatories and Requests for Production of Documents** [Docket No. 28; Filed July 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Plaintiff's failure to satisfy the requirements of D.C. Colo. L. Civ. R. 7.1(A).

Dated:    July 7, 2008