IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02481-PAB-KLM

PROFESSIONAL SOLUTIONS INSURANCE COMPANY,

    Plaintiff,

v.

HARRY MOHRLANG,
LENORA MOHRLANG, and
BRUCE A. MOHRLANG,

    Defendants.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    It is ORDERED that the three-day bench trial scheduled to begin on **February 2, 2009** and the final trial preparation conference scheduled for **January 30, 2009 at 9:30 a.m.** are VACATED.

    DATED January 22, 2009.