IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02481-PAB-KLM

PROFESSIONAL SOLUTIONS INSURANCE COMPANY,

    Plaintiff,

v.

HARRY MOHRLANG,
LENORA MOHRLANG, and
BRUCE A. MOHRLANG,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on plaintiff's Unopposed Motion for Stay of Proceeding to Enforce Judgment [Docket No. 78] and Unopposed Motion to Post Supersedeas Bond [Docket No. 79]. The Court has reviewed the pleadings and is fully advised in the premises. It is

ORDERED that the motions [Docket Nos. 78 and 79] are granted. It is further

ORDERED that execution of the judgment entered June 2, 2009 [Docket No. 71] is stayed during the pendency of the appeal of the judgment to the Tenth Circuit Court of Appeals. It is further

ORDERED that the supersedeas bond is approved pursuant to Fed. R. Civ. P. 62(d). It is further

ORDERED that the stay shall terminate automatically when the United States Court of Appeals issues its mandate or when plaintiff dismisses its appeal.

DATED October 13, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge